JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE,<br><br>       Plaintiff,<br><br>  v.<br><br>EVON HALAKA;<br>GAREY'S 1 STOP AUTO, INC., a<br>California Corporation; and Does 1-<br>10,<br><br>       Defendants. | Case: 2:14-CV-04811-DDP-CW<br><br>**ORDER** |

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 16, 2015

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal     Case: 2:14-CV-04811-DDP-CW